IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| AGRICULTURAL PRODUCTS EXTENSION, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. CV607-049 |
| GREG JARRIEL, | ) ) | |
| Defendant. | ) ) ) | |

## O R D E R

Before the Court is the parties' Joint Motion for Dismissal of Case. (Doc. 68.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE** and each party shall bear its own costs and attorney fees. The **Clerk of Court** is **DIRECTED** to **close this case.**

SO ORDERED this 24th day of September 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA